Tara A. LaClair, Cal. Bar No. 205130
tara.laclair@crowedunlevy.com
CROWE & DUNLEVY, P.C.
324 N. Robinson Ave., Ste. 100
Oklahoma City, OK  73102
Telephone:  (405) 235-7700
Facsimile:   (405) 239-6651
tara.laclair@crowedunlevy.com

ATTORNEY FOR DEFENDANT
MERRILL LYNCH, PIERCE,
FENNER & SMITH, INC.

Noah Green, Esq., Cal. Bar No. 218643
noah@gspattorneys.com
GREEN, STEWART & PAUL
301 E Colorado Boulevard, Suite 705
Pasadena, CA 91101
Telephone:  (626)395-7686

ATTORNEY FOR PLAINTIFFS,
GREG MEYER and NATALIE MEYER

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG MEYER, an individual, and NATALIE MEYER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; and DOES 1 through 50,<br><br>Defendants. | Case No.: 2:20-cv-09523-VAP-RAOx<br>Hon. Virginia A. Phillips<br><br><br><br>**ORDER** |

Upon consideration of the Joint Stipulation and [Proposed] Order submitted by the Plaintiffs Greg and Natalie Meyer ("Plaintiffs") and Defendant Merrill Lynch, Pierce, Fenner & Smith ("Defendant") in the above-referenced matter, and in good cause appearing therefore:

**IT IS HEREBY ORDERED** that pursuant to 9 U.S.C. § 2 and California Code of Civil Procedure section 1281.2, and the terms of the contract stipulated, the parties must arbitrate the controversy set forth in Plaintiffs' Complaint through the Financial Industry Regulatory Authority ("FINRA").

**IT IS FURTHER ORDERED** that Plaintiffs shall cause and direct the dismissal without prejudice of all claims against Defendant or stay all claims against Defendant for the duration of the FINRA arbitration and dismiss the claims upon its completion, whether by a hearing on the merits, dismissal, settlement, or otherwise.

**IT IS SO ORDERED.**

Dated:  November 4, 2020

*Virginia A. Phillips*
―――――――――――――――――――
Honorable Virginia A. Phillips
Judge, United States District Court
Central District of California